**WO**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | |
| Plaintiff, | No. 05-3032-PHX-SMM |
| v. | **ORDER** |
| Creative Networks, LLC, an Arizona corporation, and Res-Care, Inc., a Kentucky corporation, | |
| Defendants. | |

Pending before the Court is Defendant Res-care, Inc.'s Motion for Telephonic Appearance of Out-of-state Representative at Rule 16 Preliminary Pretrial Conference. (Dkt. 24.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant Res-Care, Inc.'s Motion for Telephonic Appearance of Out-of-state Representative at Rule 16.  (Dkt. 24.)

**IT IS FURTHER ORDERED** that Res-Care's client representative shall call the Court on March 1, 2007, on <u>one clear telephone line</u> at 3:55 p.m.  (Phone number 602-322-7555.)

DATED this 23rd day of February, 2007.

Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853