**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>            Plaintiff,<br><br>vs.<br><br>Creative Networks, LLC and Res-Care, Inc.,<br><br>            Defendants. | No. CV 05-3032-PHX-SMM<br><br>**ORDER** |

Having received the stipulation filed by the parties regarding the confidentiality of Kathryn Allen's medical records and good cause appearing,

**IT IS ORDERED** that:

1. The confidential information consists of Ms. Allen's medical records, any expert witness reports regarding Ms. Allen's medical condition(s), and all summaries, charts, or notes made therefrom, and all facts or information solely contained therein or solely derived therefrom.

2. All confidential information shall be used solely for the purposes of the litigation of this action and for no other purpose.

3. Except as set forth herein, confidential information may be disclosed only to the following individuals:

    (a) The Court, under seal;

1       (b)     The parties or agents for the parties, as follows:

2             (1)     For Plaintiff EEOC, counsel listed on the pleadings, counsel's

3                 employees, and Ms. Allen;

4             (2)     For Defendants' Creative Networks, LLC and Res-Care, Inc.,

5                 counsel listed on the pleadings and counsel's employees;

6       (c)     Stenographic reporters who are involved in depositions in this

7       action;

8       (d)     Ms. Allen's spouse, Robert Allen;

9       (e)     Consulting and/or expert witnesses who are employed or retained by,

10           or on behalf of, one or more of the parties or their counsel to assist in the

11           litigation of this action.

12     4.     The termination of proceedings in this action shall not relieve the parties of

13 the obligation of maintaining the confidentiality of all confidential information.

14     5.     Upon the final disposition of this action, the attorneys for Defendants shall,

15 upon request made therefore by the attorneys for the EEOC, promptly return to the

16 EEOC, as requested, all of the confidential information produced by the EEOC, and all

17 copies made thereof.

18     Finally, the confidential information may be offered at trial, but this stipulation

19 does not govern the manner in which the confidential information may be offered at trial.

20 If this action proceeds to trial, the parties shall propose a second stipulation governing use

21 of the confidential information at trial.

22     DATED this 12th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -