**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, ) | No. CV 05-3032-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Creative Networks, LLC and Res-Care, Inc., ) | |
| Defendants. ) | |

Pursuant to the joint stipulation of the parties (Doc. 57) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation for a one week extension of the discovery cut-off deadline from February 1, 2008 to February 9, 2008. All discovery in the above referenced case shall be completed no later than February 9, 2008.

DATED this 29th day of January, 2008.

Stephen M. McNamee
United States District Judge