**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Equal Employment Opportunity       )       No. CV 05-3032-PHX-SMM
Commission,                        )
                                   )
            Plaintiff,             )       **ORDER**
                                   )
vs.                                )
                                   )
Creative  Networks,  LLC  and  Res-Care,)
Inc.,                              )
                                   )
            Defendants.            )
                                   )
_____)

       Having considered the foregoing Stipulation to Extend Deposition and Dispositive

Motion Deadlines (Doc. 69), and good cause appearing,

       **IT IS HEREBY ORDERED** that the time in which to depose out of state witness

Edna Faulkner shall be extended to **March 28, 2008.**  Consequently, the dispositive motion

deadline shall be extended to **April 11, 2008.**  There will be no further extensions granted.

       DATED this 20th day of February, 2008.


_____
                       Stephen M. McNamee
                       United States District Judge