**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Equal Employment Opportunity Commission,              ) | No. CV 05-3032-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Creative Networks, LLC and Res-Care, Inc., | |
| Defendants. | |

Having considered the Stipulation to Extend Deadline to Obtain Employment Records (Doc. 82) and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to obtain employment records shall be extended to **March 27, 2008.**

DATED this 29th day of February, 2008.

Stephen M. McNamee
United States District Judge