**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Equal Employment Opportunity Commission, | No. CV 05-3032-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. |  |
| Creative Networks, LLC and Res-Care, Inc., |  |
| Defendants. |  |

Having considered the most recent discovery dispute between the parties, the Court has determined that additional information is necessary before it can make a final determination as to whether a hearing is necessary.

**IT IS HEREBY ORDERED** that no later than **March 21, 2008** counsel shall file simultaneous written briefs no longer than seven (7) pages in length providing the Court with guidance as to the specific dispute to be resolved including any relevant case analysis.

DATED this 12th day of March, 2008.

Stephen M. McNamee
United States District Judge