**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV 05-3032-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Creative Networks, LLC and Res-Care, Inc., | |
| Defendants. | |

Currently pending before the Court is Plaintiff's Unopposed Motion for Sixty Day Extension of Time to File a Response to Defendant's Motion for Summary Judgement (Doc. 100). After considering Plaintiff's counsel's reason for the extension, the Court finds that the extension is unwarranted. This case has been pending since 2005, and the Court has granted several extensions to the parties. The Court recently warned counsel that no further extensions would be granted. *See* Doc. 69. Furthermore, Ms Rosas is not the only attorney at the EEOC who would be capable of drafting a Response to Defendant's Motion for Summary Judgement.[1]

---

[1] The reason set forth by the EEOC for the need for the extension is that Ms. Rosas was recently assigned to another case. As co-counsel in that case, Ms. Rosas is responsible for taking and defending depositions and responding to discovery requests and motions. The discovery cut-off in that case is May 30, 2008 and the dispositive motion deadline is June 27, 2008. The EEOC requests more time for Ms. Rosas to fulfill her obligations in the instant case, obligations that were assigned to her prior to her

1  Accordingly, the Court finds that a sixty (60) day extension, from May 14 to July 14,
2  is not warranted to file a Response and will cause unnecessary delay in this case.
3  **IT IS THEREFORE ORDERED DENYING** Plaintiff's Unopposed Motion for
4  Sixty Day Extension of Time to File a Response to Defendant's Motion for Summary
5  Judgement (Doc. 100).
6  DATED this 28th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge

---

involvement in the new EEOC case.

- 2 -