**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV 05-3032-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Creative Networks, LLC and Res-Care, Inc., | |
| Defendants. | |

Having considered the parties' Stipulation to Exclude Four Affirmative Defenses[1] (Doc. 109) from Defendants' Answers (Doc. 7 and 22), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 109). The following affirmative defenses shall be stricken from Documents 7 and 22 of the docket: Statute of Limitations, laches, estoppel, and waiver.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 95) against Defendants with respect to Defendants' aforementioned affirmative defenses is hereby **DENIED** as **MOOT**.

DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Statute of Limitations, laches, estoppel, and waiver.