**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NETWORKS, LLC, an Arizona corporation,<br><br>Defendant. | No. CV 05-3032-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Extend Time (Doc. 145). The parties request an extension for Defendant Creative Networks to file a Reply in support of its Motion for Summary Judgment. Defense counsel is out of town on work-related business and will not return until after the Reply is due.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Time (Doc. 145).

**IT IS FURTHER ORDERED** that the deadline for Defendant to file a Reply in support of its Motion for Summary Judgment is extended to **July 20, 2009**.

DATED this 19th day of June, 2009.

Stephen M. McNamee
United States District Judge