1  James L. Blair, #016125
   Sandra A. Shoupe-Gorga, #020003
2  RENAUD COOK DRURY MESAROS, PA
   One North Central, Suite 900
3  Phoenix, Arizona 85004-4417
   (602) 307-9900 - Telephone
4  (602) 307-5853 - Facsimile
   jblair@rcdmlaw.com;
5  sshoupe-gorga@rcdmlaw.com
   *Attorneys for Defendant Creative Networks, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | CV05-3032-PHX-SMM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Creative Networks, LLC, an Arizona corporation, and Res-Care, Inc., a Kentucky corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Creative Networks, LLC have reached a settlement in the above-captioned matter. A Consent Decree, Stipulation for Dismissal with Prejudice, and form of Order, will be forthcoming.

RESPECTFULLY SUBMITTED this 13th day of May, 2010.

        RENAUD COOK DRURY MESAROS, PA

        By: /s/ Sandra A. Shoupe-Gorga
           James L. Blair
           Sandra A. Shoupe-Gorga
        One North Central, Suite 900
        Phoenix, AZ 85004-4417
        *Attorneys for Defendant Creative Networks, LLC*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, 05-3032-PHX-SMM)        [2652-0004]        @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;584203;1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

COPY of the foregoing hand-delivered this 13th day of May, 2010, to

> The Honorable Stephen M. McNamee
> United States District Court
> Sandra Day O'Connor US Courthouse, Ste 625
> 401 West Washington Street, SPC 60
> Phoenix, AZ 85003-2158

Copy also electronically served this same date to:

> Mary Jo O'Neill
> Sally.Shanley
> Lucila G. Rosas
> Christopher Houk
> Equal Employment Opportunity Commission
> Phoenix District Office
> 3300 N. Central Ave., Suite 690
> Phoenix, AZ 85012
> *Attorneys for Plaintiff*

/s/ Debra Garcia

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853